UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALBERT DAWSON JR., | § |
| Petitioner, | § |
| VS. | § CIVIL ACTION NO. 4:16-CV-3719 |
| LORIE DAVIS, | § |
| Respondent. | § |

# FINAL JUDGMENT

For the reasons set forth in the Court's *Order of Dismissal* of even date, this case is DISMISSED without prejudice.

This is a FINAL JUDGMENT.